MICHAEL BAILEY
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No. 029708
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

FILED

2019 JUL -3 PM 4:32

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-01760 TUC-JAS(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Edgar Osvaldo Moroyoqui-Rodriguez,

Defendant.

I N D I C T M E N T

VIO: 21 U.S.C. § 846
(Conspiracy to Possess with Intent to Distribute Methamphetamine)
Count 1

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)
(Possession with Intent to Distribute Methamphetamine)
Count 2

21 U.S.C. § 963
(Conspiracy to Import Methamphetamine)
Count 3

21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(1)(H)
(Importation of Methamphetamine)
Count 4

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown, to on or about June 5, 2019, at or near Nogales, in the District of Arizona, Edgar Osvaldo Moroyoqui-Rodriguez did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 50 grams or more of

methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 60.34 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about June 5, 2019, at or near Nogales, in the District of Arizona, Edgar Osvaldo Moroyoqui-Rodriguez did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 60.34 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 3

Beginning at a time unknown, to on or about June 5, 2019, at or near Nogales, in the District of Arizona, Edgar Osvaldo Moroyoqui-Rodriguez did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to import into the United States from the Republic of Mexico 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 60.34 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(H).

All in violation of Title 21, United States Code, Section 963.

## COUNT 4

On or about June 5, 2019, at or near Nogales, in the District of Arizona, Edgar Osvaldo Moroyoqui-Rodriguez did knowingly and intentionally import into the United States from the Republic of Mexico 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 60.34 kilograms of methamphetamine, a Schedule II controlled

substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(H).

                                A TRUE BILL

                                / S /

                                Presiding Juror

MICHAEL BAILEY
United States Attorney
District of Arizona

          / S /

Assistant U.S. Attorney

Dated: July 3, 2019

REDACTED FOR PUBLIC DISCLOSURE

*United States of America v. Edgar Osvaldo Moroyoqui-Rodriguez*
*Indictment Page 3 of 3*