MICHAEL BAILEY
United States Attorney
District of Arizona
Kevin C. Hakala
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Kevin.Hakala@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-19-01760-TUC-JAS (EJM) |
| Plaintiff, | |
| vs. | GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE |
| Edgar Osvaldo Moroyoqui-Rodriguez, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 48(a), and by leave of Court, the United States Attorney for the District of Arizona, through undersigned counsel, hereby moves to dismiss the above-captioned indictment without prejudice. Defense counsel for the defendant has been contacted and does not oppose this motion.

The government recently became aware of specific, reliable information that could be construed as favorable and material to the defense under the standard set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. Drawing all inferences in favor of the defendant, and without conceding whether the newly-learned information actually constitutes *Brady* information, or whether it is material in the context of this case, the United States has determined that moving to dismiss the complaint without prejudice, pursuant to Fed. R. Crim. P. 48(a), would be in the interest of justice, under the particular facts of this case.

Furthermore, because the United States is seeking to dismiss all charges without

prejudice, it should also be relieved of any obligation to further disclose the potentially favorable and material information cited above to the defendant or counsel, including any obligation arising under Arizona Rule of Professional Conduct 3.8(d).  The purpose of such disclosure would be to afford the defendant a chance to litigate the charges.  However, the government is already seeking to dismiss the charges without prejudice.  This provides the relief the defendant otherwise could have sought and moots any need for disclosure.  Further disclosure would also jeopardize ongoing and/or future law enforcement investigations.  Should the government seek to re-initiate this case, it would provide any *Brady* or other necessary disclosure prior to trial.

For the foregoing reasons, and in the interests of justice, the government respectfully asks this Court to dismiss the above case without prejudice and to relieve the United States of its disclosure obligations, including under Arizona Rule of Professional Conduct 3.8(d).

Respectfully submitted this 25th day of June, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Kevin C. Hakala*

KEVIN C. HAKALA
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 25th day of June, 2020, to:

All ECF Participants