IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Edgar Osvaldo Moroyoqui-Rodriguez,<br><br>            Defendant. | CR 19-01760-TUC-JAS (EJM)<br><br>ORDER |

On motion of the United States of America, and good cause appearing,

IT IS ORDERED that the indictment is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the defendant shall be released from the custody of the Bureau of Prisons without undue delay.

IT IS FURTHER ORDERED that the government is relieved from any obligation to make further disclosure in connection with this case, including any obligation arising under the Arizona Rules of Professional Conduct, specifically including, but not limited to, Rule 3.8(d).  The Court finds that the need for further disclosure is MOOT in light of the relief granted in this Order.

The Clerk's Office shall close its case in this matter.

Dated this 30th day of June, 2020.

Honorable James A. Soto
United States District Judge